App. Div.] First Department, March 1921.

ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MORRIS STANGER v. SAMUEL BERNSTEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GEORGE BOIKO & CO., INC., v. ATLANTIC WOOLEN MILLS, INC.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOREWOOD REALTY HOLDING COMPANY v. CANTOR and Others, as Commissioners.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES A. ROGERS v. ROBERT T. RASMUSSEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES A. ROGERS v. ROBERT T. RASMUSSEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

KATHERINE HYLAND v. VALENTINE FINK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of JENNIE L. BROBST, Deceased.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GIDEON DAKIN v. BRUDE D. TITMAN and Others.— Motion for stay granted on condition that appellants deposit $150 additional with the city chamberlain to the credit of the action. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MEYER L. RHEIN v. FREDERIC A. PEESO.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DONALD SYMINGTON and Others v. A. STROUD HAXTON.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE CITY OF NEW YORK, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ISIDORE D. MORRISON and JACOB R. SCHIFF, Respondents, v. HECTOR M. HITCHINGS and Another, Appellants, Impleaded with SHENK REALTY AND CONSTRUCTION CORPORATION and Another, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application for the Revocation of Letters of Administration on the Goods, etc., of CHRIST TSITOURIS, Deceased. FOTIOS KATSOUDOS, Appellant; ANNA TSITOURIS, as Administratrix, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.